07 CV 7187

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

BEST FOODS, INC.,

                Plaintiff,

   -against-

M/V "MAERSK GEORGIA", her engines, boilers, etc.,

   -and against-

PEGASUS MARITIME, INC.,

                Defendants.
----------------------------------------X

RULE 7.1

07 Civ.

## JUDGE BATTS



RECEIVED
AUG 13 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

**NONE**

Dated: New York, New York
       August 10, 2007

*[signature]*
William R. Connor III (WC 4631)