ABC PROCESS SERVICE INC.
Attorney:
MCDERMOTT & RADZIK, LLP

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No __07CV7187__

BEST FOODS, INC.,                                    (PLAINTIFF)

against

Date Filed __/ /__
Office No __DM64-07-846__

M/V "MAERSK GEORGIA,", HER ENGINES, BOILERS, ETC.,   (DEFENDANT)

                                                     SS:

STATE OF NEW YORK, COUNTY OF NEW YORK

SCHADRAC LAGUERRE   being duly sworn, deposes and says that he is over the age of 18 years, not a party to the action, and resides in the State of New York:

That on the  22  day of August  2007 at  12:48 PM , at

2562 WEST 38TH STREET, STE. 403;NEW YORK, NY 10018

he served the annexed SUMMONS IN A CIVIL CASE AND VERIFIED COMPLAINT

upon PEGASUS MARITIME, INC.

in this action, by delivering to and leaving with said MR. MOOKIE, MANAGING AGENT

a true copy thereof.

Deponent describes person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

1. Sex __MALE__   Color __BROWN__  Hair __BLACK__ app.age __45 YRS__ app.ht __5'9"__ app.wt __185 LBS__

DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be the Corporation mentioned and described in the said SUMMONS IN A CIVIL CASE AND VERIFIED COMPLAINT.

SWORN to before me this __27__

day of __August  2007__

SCHADRAC LAGUERRE
License No.: 1021952

:bb

JAY BRODSKY
Notary Public, State of New York
No. 31-4083271
Qualified in New York County
Commission Expires Feb. 2, 2011