9025 /SHV
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Pegasus Maritime, Inc.
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEST FOODS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> M/V "MAERSK GEORGIA," her engines, boilers, etc. <br><br> -and against- <br><br> PEGASUS MARITIME, INC., <br><br> Defendants. | ECF CASE <br><br> 07 CIV 7187 <br><br> **RULE 7.1 STATEMENT** |

Pursuant Rule 7.1 of the Federal Rules of Civil Procedure for the Southern District of New York and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for **DEFENDANT PEGASUS MARITIME, INC.**, certifies upon information and belief that **DEFENDANT PEGASUS MARITIME, INC.** has no corporate parents, subsidiaries, or affiliates which are publicly held.

- 2 -

Dated: New York, New York
      October 15, 2007

                              CICHANOWICZ, CALLAN, KEANE,
                              VENGROW & TEXTOR, LLP
                              Attorney for Defendant Pegasus Maritime, Inc.

                              By: / s / Stephen H. Vengrow
                                    Stephen H. Vengrow (SHV/3479)
                              61 Broadway, Suite 3000
                              New York, New York 10006-2802
                              (212) 344-7042