9025 /SHV
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Pegasus Maritime, Inc.
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEST FOODS, INC.,<br>　　　　　Plaintiff,<br><br>-against-<br><br>M/V "MAERSK GEORGIA," her engines, boilers, etc.<br><br>-and against-<br><br>PEGASUS MARITIME, INC.,<br>　　　　　Defendants.<br><hr>PEGASUS MARITIME, INC.,<br>　　　　　Defendant/Third Party Plaintiff,<br><br>- against -<br><br>MAERSK, INC.<br>　　　　　Third Party Defendant. | ECF CASE<br><br>Civil Case 07 Civ 7187<br><br>**PEGASUS MARITIME, INC.'S**<br>**THIRD PARTY COMPLAINT** |

　　　Pursuant to Rule 14(c) of the Federal Rules of Civil Procedure, Defendant and Third Party Plaintiff Pegasus Maritime, Inc. by its attorneys Cichanowicz, Callan, Keane, Vengrow & Textor, LLP as and for a Third-Party Complaint against Third Party Defendant Maersk, Inc. is

tendering the Third-Party Defendant directly to Plaintiff and alleges upon information and belief as follows:

1. The underlying claim is an admiralty and maritime claim within the meaning of Rule 9 (h) of the Federal Rules of Civil Procedure.

2. Defendant and Third-Party Plaintiff Pegasus Maritime, Inc. is a corporation located at 7 Dey Street, New York, New York 10007.

3. Upon information and belief, Maersk, Inc. is a corporation or other business entity organized and existing under and by virtue of the laws of a foreign country, and trades or otherwise does business in the U.S., including New York, and is located at 2 Giralda Farms, Madison Avenue, P.O. Box 0800, Madison, New Jersey 07940-0880.

4. Plaintiff has filed suit against Pegasus alleging $60,000.00 in damages for a shipment alleged to be short, slack and in a damaged condition. A copy of the Summons with Verified Complaint and Pegasus' Answer is attached as Exhibit 1.

5. As the ocean carrier, Third-Party Defendant Maersk, Inc. is directly liable to plaintiff for the alleged damage, if any, which is denied by Pegasus.

6. In the alternative, if Defendant and Third-Party Plaintiff suffered liability as alleged in the Summons with Notice, which is denied, such liability was caused solely by the negligence, gross negligence, breach of contract and/or breach of warranty, expressed or implied by the Third-Party Defendant Maersk, Inc.

7. As a result of the foregoing, Third-Party Defendant Maersk, Inc. should be required to contribute and/or indemnify Pegasus for any amount it may be required to pay including costs, disbursements and reasonable attorney's fees incurred by Pegasus in this action.

WHEREFORE, Defendant Third-Party Plaintiff Pegasus demands:

1.   Judgment against Third-Party Defendant Maersk, Inc. directly to Plaintiff for all damages.

2.   In the alternative a judgment against Maersk, Inc. for all sums that may be adjudged against Defendant and Third-Party Plaintiff Pegasus in favor of Plaintiffs, together with the cost and disbursements of this action including reasonable attorney's fees.

Dated: October 15, 2007

                                          Respectfully submitted

                                          CICHANOWICZ, CALLAN, KEANE,
                                          VENGROW & TEXTOR, LLP
                                          Attorneys for Defendant/Third-Party Plaintiff
                                          Pegasus Maritime, Inc.

By: _____
       Stephen H. Vengrow (SHV/3479)
       61 Broadway, Suite 3000
       New York, New York 10006
       (212) 344-7042

To:   McDermott & Radzik, LLP
       Attorneys for Plaintiff
       Wall Street Plaza
       88 Pine Street
       New York, New York 10005
       Attn: William R. Connor, III, Esq.

## CERTIFICATE OF SERVICE BY REGULAR U.S. MAIL

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On October 15, 2007, I served a complete copy of **Defendant Pegasus Maritime, Inc.'s Third Party Complaint** to the following attorneys by regular U.S. mail at the following address:

To: McDermott & Radzik, LLP
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005
Attn: William R. Connor, III, Esq.

*M. Johnson*
Maria Johnson

DATED: October 15, 2007
New York, New York