614-07/WDM/WJP

Freehill, Hogan & Mahar, LLP
Attorneys for Third Party Defendant
A.P. MOLLER - MAERSK A/S
80 Pine Street
New York, New York 10005-1759
William J. Pallas (WP6201)
212 425 1900 (Tel)
212 425 1901 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
BEST FOODS, INC.

                Plaintiff,                            07 Civ. 7187(DAB)

       -against-                            **LOCAL RULE 7.1**
                                                         **STATEMENT**

M/V MAERSK GEORGIA, her engines,
Boilers, etc.,

       and against-

PEGASUS MARITIME,

                Defendants.
------------------------------------------------------x
PEGASUS MARITIME,

                Defendant/Third Party Plaintiff,

       -against-

MAERSK, INC.,

                Third Party Defendant.
------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for A.P. Moller-Maersk A/S (a private non-governmental party)

NYDOCS1/294882.1

certifies the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE.

Dated: New York, New York
       December 18, 2007

FREEHILL HOGAN & MAHAR, LLP<br>
Attorneys for Third Party Defendant<br>
A.P. Moller-Maersk A/S

By: _____
William J. Pallas (WP6201)
80 Pine Street
New York, New York 10005
(212) 425-1900