Botts/j

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BEST FOODS, INC.,

                      Plaintiff,

    -against-

M/V "MAERSK GEORGIA", her engines,
boilers, etc. and
PEGASUS MARITIME, INC.,

                      Defendant.

------------------------------------------------------------X

PEGASUS MARITIME, INC.,

                      Defendant/Third-Party Plaintiff,

    -against-

MAERKS, INC.,

                      Third-Party Defendant.

------------------------------------------------------------X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2008**

**STIPULATION OF DISCONTINUANCE**

07 CV 7187 (DAB)

      The above-entitled action having been settled between plaintiff, Best Foods, Inc. and defendants, Pegasus Maritime, Inc. and Maersk, Inc. in the amount of $20,000.00,

      **NOW ORDERED** that this action be and the same is hereby discontinued with prejudice, without costs to any party as against any other, without prejudice to reopen if settlement funds are not received within 60 days from the date of this Order.

Dated: New York, New York
         June 11, 2008

SO ORDERED:

*/s/ Deborah A. Batts*
U.S.D.J.    6/11/2008

CONSENT

McDERMOTT & RADZIK, LLP
Attorneys for Plaintiff
BEST FOODS, INC.

By: _____
William R. Connor III (WC4631)
Wall Street Plaza
88 Pine Street
New York, New York 10005
212-376-6400

CICHANOWICZ, CALLAN, KEANE,
 VENGROW & TEXTOR, LLP
Attorneys for Defendant/
Third-Party Plaintiff
PEGASUS MARITIME, INC.

By: _____
Patrick M. DeCharles, II (PMD-9984)

By: _____
Stephen H. Vengrow (SV-3479)
61 Broadway Suite 300
New York, New York 10006-2802
212-344-7042

FREEHILL, HOGAN & MAHAR, LLP
Attorneys for Third-Party Defendant
A.P. MOLLER-MAERSK A/S

By: _____
William J. Pallas (WP-6201)
80 Pine Street
New York, New York 10005-1759
212-425-1900